UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  

MARIE CARMEL EVEILLARD

CASE NO.: 18-21635-BKC-RAM
PROCEEDING UNDER CHAPTER 13

DEBTOR_____/

**TRUSTEE'S MOTION TO DISMISS AND
CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

    **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

    **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on ____MAY 1, 2019____.

    NANCY K. NEIDICH, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE
    P.O. BOX 279806
    MIRAMAR, FL 33027-9806

    By: /s/_____
    ☐ Adisley Cortez-Rodriguez, Esq.
       FLORIDA BAR NO: 0091727
    ☐ Amy Carrington, Esq.
       FLORIDA BAR NO: 101877
    ☒ Jose Ignacio Miceli, Esq.
       FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 18-21635-BKC-RAM

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
MARIE CARMEL EVEILLARD
260 NW 133 STREET
MIAMI, FL  33163

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
ALEXIS GARCIA, ESQUIRE
10271 SUNSET DRIVE
SUITE 103
MIAMI, FL  33173

```
                    ********************
                    *** FAX TX REPORT ***
                    ********************

                         TRANSMISSION OK

        JOB NO.                    1457
        DESTINATION ADDRESS        3056756170
        SUBADDRESS
        DESTINATION ID             GARCIA, ALEXIS
        ST. TIME                   03/28 12:02
        TX/RX TIME                 00' 36
        PGS.                       1
        RESULT                     OK
```

## OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
TELEPHONE: (954) 443-4402
FACSIMILE: (954) 443-4452

March 27, 2019

ALEXIS GARCIA, ESQUIRE
10271 SUNSET DRIVE
SUITE 103
MIAMI, FL 33173

Case: 18-21635-BKC-RAM                    RE: MARIE CARMEL EVEILLARD

Dear ALEXIS GARCIA, ESQUIRE

More than thirty days have passed since the claims bar date on December 06, 2018. You have failed to file the Notice of Compliance by Attorney for Debtor required by Local Rule 2083-1(B) Claims Review Requirement, also know as Local Form 76.

The scope of the review required states: "Not later than 21 days after expiration of the claims bar date, the attorney shall examine, from records maintained by the clerk, the claims register and all claims filed in the case to determine whether additional action is necessary, including the filing and service in accordance with all applicable rules of: (a) an amended plan if the plan has not been confirmed; (b) a motion to modify the confirmed plan; (c) objections to nonconforming claims." Local Rule 2083-1(B)(1)

You must file a Local Form 76 within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months

Very truly yours,